BROWN v. STATE.

(In Banc. Nov. 9, 1942.)

[10 So. (2d) 356. No. 35150.]

Appellant not represented by counsel.
Submitted on record for appellee.

**Roberds, J.**, delivered the opinion of the court.

Sylvested Brown was indicted, tried, convicted and sentenced to death for the murder of Dolly Brown, his wife. His defense was insanity. The jury found that he was mentally responsible. There is abundant evidence to support that verdict. The instructions properly announce the rule for guidance of the jury in determining his mental responsibility for crime and we find no error in the record. He had a fair trial. The sentence will be executed Thursday, December 17, 1942.

Affirmed.